IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JUSTIN D. FORD**  **PETITIONER**
Reg #32132-009

v.  Case No: 2:24-cv-00073-LPR

**CHAD GARRETT,**
*Warden, FBOP, FCC-Medium*  **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 20) and the Petitioner's Objections (Doc. 21). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED with prejudice. All requested relief is DENIED. The Clerk is instructed to close this case.

IT IS SO ORDERED this 2nd day of September 2025.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE