### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JUSTIN D. FORD**                                                                                  **PETITIONER**
**Reg #32132-009**

**v.**                                        **Case No: 2:24-cv-00073-LPR**

**CHAD GARRETT,**
*Warden, FBOP, FCC-Medium*                                                      **RESPONDENT**

### <u>JUDGMENT</u>

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED with prejudice. All requested relief is DENIED.

IT IS SO ADJUDGED this 2nd day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE